IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUTO-OWNERS INSURANCE COMPANY,

Plaintiff,

v.

JOHN BECK, JOYCE BECK, STEPHEN
BECK, AND LISA BECK,

Defendants.                                         No. 16-cv-555-DRH-RJD

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Pursuant to the joint stipulation for distribution of funds (Doc. 43), and based on this Court's March 8, 2018 Order (Doc. 42), the Clerk is directed to issue payment to defendants John Beck and Joyce Beck from the registry of the Court in the amount of $155,000 made payable to "John Beck and Joyce Beck", and sent in care of defendants' counsel David C. Nelson, Nelson & Nelson, 7 420 North High Street, Belleville IL 62220. The Clerk is further directed to issue payment to defendants Stephen Beck and Lisa Beck from the registry of the Court in the amount of $45,000 made payable to "Stephen Beck and Lisa Beck", and sent in care of defendants' counsel Matthew H. Armstrong, Armstrong Law Firm LLC, 8816 Manchester Rd., No. 109, St. Louis MO 63144.

IT IS SO ORDERED.

Judge Herndon
2018.03.29
12:18:39 -05'00'

United States District Judge